1  Robert W. Cohen (State Bar No. 150310)
   rwc@lawofficesofrwc.com
2  Mariko Taenaka (State Bar No. 273895)
   mt@lawofficesofrwc.com
3  Law Offices of Robert W. Cohen
   A Professional Corporation
4  1875 Century Park East, Suite 1770
   Los Angeles, CA 90067
5  Telephone:  (310) 282-7586
   Facsimile:  (310) 282-7589

6
   Attorney for Plaintiff
7  TETSUYA MIYAZKI

8  David G. Hagopian, State Bar No. 145171
   dhagopian@cdflitigation.com
9  CARLTON DiSANTE & FREUDENBERGER LLP
   2600 Michelson Drive
10 Suite 800
   Irvine, California  92612
11 Telephone:  (949) 622-1661
   Facsimile:  (949) 622-1669

12
   Attorneys for Defendant
13 MITSUWA CORPORATION

J S - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TETSUYA MIYAZAKI,<br><br>     Plaintiff,<br><br>  vs.<br><br>MITSUWA CORPORATION, a California corporation; and DOES 1 - 25,<br><br>     Defendants. | Case No. 2:10-CV-09539-CAS (CWx)<br>[Assigned to Hon. Christina A. Snyder]<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE** |

1

[PROPOSED] ORDER GRANTING STIPULATION
OF DISMISSAL WITH PREJUDICE

# ORDER

Pursuant to the Parties' Stipulation of Dismissal with Prejudice, and good cause appearing therefore, IT IS HEREBY ORDERED THAT:

1. The above-entitled action be and hereby is dismissed with prejudice pursuant to F.R.C.P. 41(a)(1)(A)(ii); and

2. Each party shall bear his or its own costs, disbursements, and attorneys' fees.

IT IS SO ORDERED.

Date: August 29, 2011  _____
Honorable Christina A. Snyder
United States District Court Judge